Merle T. RUTLEDGE, Jr.,
Plaintiff–Appellant,

v.

Officer ROACH of the Chatham, VA Police Department, Defendant–Appellee,

and

Town of Chatham, Virginia; Chatham, VA Police Department; Chief Martin Wright Of The Chatham, VA Police Department; Pittsylvania County Board Of Supervisors; Governor Of Virginia Bob McDonnell; Virginia Attorney General Kenneth T. Cuccinelli, II; The Honorable Governor Of Arizona Jan Brewer; Arizona Attorney General Terry Goddard; State Of Virginia; City Of Danville, VA; City Of Danville, VA Police Department, Defendants.

No. 10–2310.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 4, 2011.

Merle T. Rutledge, Jr., Appellant Pro Se. Martha White Medley, Michael Anthony Nicholas, Daniel, Medley & Kirby, PC, Danville, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint and denying his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rutledge v. Roach,* No. 4:10–cv–00035–JLK–MFU, 2010 WL 3835662 (W.D.Va. Sept. 30, 2010) & 2010 WL 4791840 (Nov. 18, 2010). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*